UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Plaintiff,<br><br>v.<br><br>PORSHE PAGE,<br><br>Defendant. | Case No. 2:25-cv-01972-CSK<br><br>ORDER FOR RESPONSE and ORDER VACATING HEARING |

Presently pending before the Court is Plaintiff North American Company for Life and Health Insurance's motion for default judgment against Defendant Porshe Page filed on November 19, 2025 and which is set for hearing on December 29, 2025. (ECF No. 9.) Under Local Rule 230(c), Defendant was required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, on or by December 3, 2025. Although that deadline has passed, no opposition or statement of non-opposition was filed.

Out of an abundance of caution, and in light of the Court's desire to resolve the action on the merits, the Court will provide Defendant one additional, final opportunity to oppose the motion.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The December 29, 2025 hearing on Plaintiff's motion for default judgment is VACATED;

2. Any opposition or statement of non-opposition by Defendant shall be filed within fourteen (14) days from the date of this order, and the reply brief from Plaintiff, if any, is due ten (10) days thereafter;

3. Defendant is cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against it;

4. Plaintiff shall promptly serve a copy of this order on Defendant at her last-known address, and contemporaneously file a proof of service with the Court that provides the date and manner of service; and

5. After the time period for briefing is complete, the Court will take this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g). The Court will reschedule a hearing at a future date, if necessary.

Dated:  December 8, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, nort1972.25