UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Plaintiff,<br><br>v.<br><br>PORSHE PAGE,<br><br>Defendant. | Case No.  2:25-cv-01972-JAM-CSK<br><br>**ORDER**<br><br>(ECF No. 12) |

On March 26, 2026, the magistrate judge filed findings and recommendations (ECF No. 12), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 12.)  No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations (ECF No. 12) are **ADOPTED IN FULL**;

2.     Plaintiff's motion for default judgment against Defendant (ECF No. 9) is **GRANTED**;

1

3.    The district court shall enter judgment against Defendant and orders that North American Life Insurance Policy No. ******7345, issued to Defendant on July 8, 2024, is **RESCINDED** and **SET ASIDE** as null and void ab initio; and

4.    The Clerk of the Court shall **CLOSE** this case.

Dated: May 01, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2